1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12

DONALD E. PHILLIPS,

                    Plaintiff,

v.

JIM GIBBONS, et al.,

                    Defendants.

2:09-CV-561 JCM (GWF)

13

**ORDER**

14    Presently before the court are plaintiff's objections to the magistrate judge's report and
15    recommendations.  (Doc. #9).  The magistrate judge recommends that plaintiff's application to
16    proceed in forma pauperis be granted and that plaintiff's complaint be dismissed with prejudice.
17    (Doc. #7).

18    Local Rule IB 3-2 states that any party wishing to object to the findings and
19    recommendations of a magistrate judge shall, within ten (10) days from the date of service of the
20    findings and recommendations, file and serve specific written objections together with points and
21    authorities in support thereof.  This court then conducts a *de novo* determination of those portions
22    of the specified findings or recommendations to which objections have been made.

23    Plaintiff filed objections to the report and recommendations.  (Doc. #9).  Plaintiff's
24    arguments are not valid objections, but rather untenable accusations and far-fetched factual
25    allegations.  For instance, plaintiff claims to be Steve Wynn's biological brother, and that Mr. Wynn
26    is a murderer, thief, and liar.  Plaintiff further claims that the government is conspiring against him.
27    This court has reviewed the record, and finds no merit in plaintiff's objections.

28

**James C. Mahan**
**U.S. District Judge**

1

2    Accordingly,

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Magistrate Judge's

report and recommendations (Doc. #7) are **AFFIRMED** in their entirety.

4    IT IS FURTHER ORDERED that plaintiff's complaint be **DISMISSED WITH**

5    **PREJUDICE**.

6    DATED this 27th day of July, 2009.

7

8    _____

9    **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28